UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:21-CV-00013-FDW

| | |
|---|---|
| NATASHA NICOLE POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI[1], *Acting Commissioner* ) | |
| *of Social Security*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 13) and Defendant's Motion to Remand to Social Security Administration (Doc. No. 17). Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Acting Commissioner.

For good cause shown, the Court hereby GRANTS Defendant's Motion for Remand (Doc. No. 17), REVERSES the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Plaintiff's Motion for Summary Judgment (Doc. No. 13) is DENIED AS MOOT.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and CLOSE THE CASE.

IT IS SO ORDERED.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: November 16, 2021

_____
Frank D. Whitney
United States District Judge