UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:21-CV-00013-FDW

| | |
|---|---|
| NATASHA POWELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KILOLO KIJAKAZI, *Acting Commissioner* )<br>*of Social Security*,[1] )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Plaintiff's Petition for Attorney Fees (Doc. No. 20). The parties have agreed that the Commissioner of Social Security should pay the sum of $4,600.00, in full and final settlement of all claims arising under the Equal Access to Justice Act (the "**EAJA**"). *See* 28 U.S.C. § 2412(d).

IT IS THEREFORE ORDERED that the Commissioner of Social Security shall pay to Plaintiff the sum of $4,600.00 in attorney fees, in full satisfaction of any and all claims arising under the **EAJA**, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is DISMISSED with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment shall be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

    IT IS SO ORDERED.

Signed: January 5, 2022

Frank D. Whitney
United States District Judge